Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−31678−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter A. Ripoll
   fdba C+C Ripoll Masonry, Inc.
   619 Riverwood Ave
   Point Pleasant Beach, NJ 08742−2720

Social Security No.:
   xxx−xx−0120

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 27, 2020
JAN: kmm

                                                          Jeanne Naughton
                                                          Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                       Case No. 16-31678-MBK
Walter A. Ripoll                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin               Page 1 of 2              Date Rcvd: Jul 27, 2020
                                Form ID: 148              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
db              Walter A. Ripoll,    619 Riverwood Ave,    Point Pleasant Beach, NJ  08742-2720
aty            +Joseph A Molinaro,    648 Wycoff Avenue,    Wycoff, NJ 07481-1428
cr             +Carmine Caruso,   P.O. Box 2043,    Ocean, NJ 07712-2043
cr              Clayton Block Co., Inc.,    515 Route 528,    P.O. Box 928,    Lakewood, NJ  08701-0928
516496912       Apex Asset,   2501 Oregon Pike Ste,    Lancaster, PA  17601-4890
516718258      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516496916       Carmine J. Caruso,    C/O Collins Vela & Casello, Esqs.,    2317 Highway 34 Ste 1A,
                 Manasquan, NJ  08736-1443
516720205      +Clayton Block Co., Inc.,    C/O Jason P Pedalino, Esq.,    McElroy, Deutsch, etal,
                 1300 Mount Kemble Avenue,    Morristown, NJ 07960-8009
516718979      +Clayton Block Co., Inc.,    P.O. Box 3015,    Lakewood, New Jersey 08701-9015
516496919      +Jaffe & Asher,    600 3rd Ave Fl 8,    New York, NY 10016-1926
516496920       Law Offices of Joseph A. Molinaro, LLC,    648 Wyckoff Ave,    Wyckoff, NJ  07481-1428
516536554      +Riverside Supply Co Inc,    Att: Joseph A Molinaro,    648 Wykoff Ave,    Wyckoff, NJ 07481-1428
516496921      +Riverside Supply Co. Inc.,    6 Washington Rd,    Sayreville, NJ 08872-1794
516496922       Savit Collection-Toms River Anesthesia,    PO Box 250,    East Brunswick, NJ  08816-0250
517899509      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517899510      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516496923       Zwicker & Associates,    80 Minuteman Rd,    Andover, MA  01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2020 23:12:01      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2020 23:12:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516656146       EDI: BECKLEE.COM Jul 28 2020 02:38:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
516590019       EDI: BECKLEE.COM Jul 28 2020 02:38:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516496911       EDI: AMEREXPR.COM Jul 28 2020 02:38:00      Amex,   Correspondence,    PO Box 981540,
                 El Paso, TX  79998-1540
516605202       EDI: BANKAMER.COM Jul 28 2020 02:38:00      BANK OF AMERICA, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
516496914       EDI: BANKAMER.COM Jul 28 2020 02:38:00      Bank of America,    NC4-102-03-14,    PO Box 26012,
                 Greensboro, NC  27420-6012
516496913       EDI: BANKAMER.COM Jul 28 2020 02:38:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                 Greensboro, NC  27420-6012
516496915       EDI: TSYS2.COM Jul 28 2020 02:38:00      Barclays Bank Delaware,    PO Box 8801,
                 Wilmington, DE  19899-8801
516509354       EDI: DISCOVER.COM Jul 28 2020 02:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516496918       EDI: DISCOVER.COM Jul 28 2020 02:38:00      Discover Financial,    PO Box 3025,
                 New Albany, OH  43054-3025
516496917       EDI: JPMORGANCHASE Jul 28 2020 02:38:00      Chase Card Services,    Correspondence Dept,
                 PO Box 15278,   Wilmington, DE  19850-5278
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516612572*     +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
518532842*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518532843*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3         User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2020
                             Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
            Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
            Albert    Russo     docs@russotrustee.com
            Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing, LLC
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Jason P. Pedalino     on behalf of Creditor    Clayton Block Co., Inc. jpedalino@mdmc-law.com
            Jason P. Pedalino     on behalf of Creditor    Ralph Clayton & Sons jpedalino@mdmc-law.com
            Joseph   Casello     on behalf of Creditor Carmine    Caruso jcasello@cvclaw.net,
             jcasello627@gmail.com
            Marc C Capone     on behalf of Debtor Walter A. Ripoll ecf@gbclawgroup.com,
             mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
             roup.com;jgillman@ecf.courtdrive.com
            Rebecca Ann Solarz     on behalf of Creditor    Specialized Loan Servicing, LLC
             rsolarz@kmllawgroup.com
            Sean M. O'Brien     on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
                                                                                          TOTAL: 9
```